# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA for INTERCONTINENTAL CONSTRUCTION CONTRACTING INC.<br><br>-v-<br><br>NEELAM CONSTRUCTION CORPORATION and COLONIAL SURETY COMPANY,<br>　　　　　　　　　　　　　　　Defendant. | Plaintiff,<br><br>Case No. 08 CV 7644 (PGG)(DF)<br><br>**Rule 7.1 Statement**<br><br>ECF CASE |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Intercontinental Construction Contracting Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** August 28, 2008

_Scott M. Jaffe_
**Signature of Attorney**

**Attorney Bar Code:** 4344

Form Rule7_1.pdf   SDNY Web 10/2007